FILED
October 27, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VICTOR RIOS-BELTRAN

    Defendant.

Case No. 2:22-mj-0150 DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>VICTOR RIOS-BELTRAN</u> Case No. <u>2:22-mj-0150 DB</u> Charges <u>21 USC § 841(a)(1)</u> from custody for the following reasons:

    ____ Release on Personal Recognizance

    ____ Bail Posted in the Sum of $_____

    _x_ Secured Appearance Bond $   $200,000
    partially secured by available equity in the residence and the remaining balance to be unsecured and co-signed by Nanci Gonzalez-Rios and Fabian Gonzalez.

    ____ Appearance Bond with 10% Deposit

    ____ Appearance Bond with Surety

    ____ Corporate Surety Bail Bond

    (Other): <u>Defendant's release DELAYED until</u>
    _x_ <u>10/28/2022 at 9:00 AM to be transported by the USM</u>
    <u>to the Marshal's lockup.</u>

Issued at Sacramento, California on October 27, 2022 at 2:00 PM

    By: _/s/ Carolyn K. Delaney_
    CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE