1  PHILLIP A. TALBERT
   United States Attorney
2  AARON D. PENNEKAMP
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>VICTOR RIOS-BELTRAN,<br><br>              Defendant. | CASE NO. 2:22-CR-226-KJM<br><br>STIPULATION SETTING STATUS CONFERENCE RE: PRETRIAL RELEASE CONDITIONS; [PROPOSED] ORDER<br><br>DATE: January 11, 2023<br>COURT: Hon. Jeremy D. Peterson |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.  By previous order, defendant was ordered released to Wellspace pending trial so that he could participate in a 90-day inpatient treatment program. *See* Dkt. No. 7.

2.  At the detention hearing during which defendant was ordered to be released, the Court ordered the parties to file a stipulation and proposed order setting a status conference approximately two weeks prior to defendant's graduation from Wellspace, so that the Court and the parties could discuss pretrial release conditions following defendant's Wellspace discharge. *See id.* (The Court also imposed several additional pretrial release conditions, including the imposition of a partially secured $200,000 bond. *See id.*)

3.  Based on information provided to the parties by Monica Bentley, the assigned Pretrial Services Officer, the parties understand that defendant is projected to be released from Wellspace on or

about January 26, 2023.

4. In light of defendant's projected Wellspace graduation date, the parties and the assigned Pretrial Services Officer jointly request that the Court hold a status conference regarding defendant's pretrial release conditions on Wednesday, January 11, 2023 at 2:00 p.m.

IT IS SO STIPULATED.

Dated:  January 6, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ AARON D. PENNEKAMP
AARON D. PENNEKAMP
Assistant United States Attorney

Dated:  January 6, 2023

/s/ DINA SANTOS
DINA SANTOS
Counsel for Defendant
VICTOR RIOS-BELTRAN

### [PROPOSED] ORDER

Based on the stipulation of the parties, it is hereby ORDERED that a status conference will be held in this case as to defendant Victor Rios-Beltran on Wednesday, January 11, 2023 at 2:00 p.m. in Courtroom 9.

IT IS SO ORDERED this 9th day of January, 2023.

THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE