Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
VICTOR RIOS-BELTRAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR RIOS-BELTRAN<br>　　　　　　　　Defendant | CASE NO. CRS 22-00226 DJC<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

It is hereby stipulated by Counsel for the Government, Assistant United States Attorney, Aaron Pennekamp, and Defense Counsel, Dina L. Santos; Counsel for Defendant, Victor Rios-Beltran, that conditions requiring a curfew and location monitoring be deleted. The Second Amended Special Conditions of Release are attached.

Pretrial Services has no objection to this amendment.

Dated: September 20, 2023　　　　　　　　/s/   Dina L. Santos
　　　　　　　　　　　　　　　　　　　　DINA SANTOS, ESQ.
　　　　　　　　　　　　　　　　　　　　Attorney for Victor Rios-Beltran

Dated: September 20, 2023　　　　　　　　/s/ Aaron Pennekamp
　　　　　　　　　　　　　　　　　　　　AARON PENNEKAMP
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

**ORDER**

**IT IS SO ORDERED**:

DATE:  September 21, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE