Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
VICTOR RIOS-BELTRAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>VICTOR RIOS-BELTRAN<br>                    Defendant | CASE NO.  CRS 22-00226 DJC<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

It is hereby stipulated by Counsel for the Government, Assistant United States Attorney, David Spencer, and Defense Counsel, Dina L. Santos; Counsel for Defendant, Victor Rios-Beltran, that the condition requiring Mr. Rios-Beltran to live with his daughter be deleted.  The Third Amended Special Conditions of Release are attached.

Pretrial Services has no objection to this amendment.  In light of Pretrial Services' recommendation, the government has no objection.

Dated:  May 28, 2023            /s/   Dina L. Santos
                                DINA SANTOS, ESQ.
                                Attorney for Victor Rios-Beltran

1

Dated: May 28, 2023

/s/ David Spencer
DAVID SPENCER
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED**:

Dated: May 29, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2