Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone:  (916) 447-0160
Facsimile:   (916) 447-2988

Attorneys for:
VICTOR RIOS-BELTRAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  CRS   22-CR-0226 DC |
|---|---|
| Plaintiff, | REQUEST FOR ORDER AND ORDER EXONERATING BOND |
| v. | |
| VICTOR RIOS BELTRAN, Defendant. | |

On October 27, 2022, Mr. Rios-Beltran was ordered released on a $200,000 appearance bond that was secured by his daughter and son-in-law's property located at 515 E. Hall Avenue, Stockton, CA 95205.  The owners of the property are Nanci Gonzalez-Rios and Fabian Gonzalez, RECEIPT number 2022-133782 for $200,000.00.

Mr. Rios-Beltran has been sentenced and therefore the bond is no longer necessary.  It is hereby requested that the bond referenced above be exonerated and that the Clerk of the District Court be directed to re-convey back to the sureties, the Deeds of Trust.

Exonerate Bond

1

Dated:  May 5, 2026                    /s/   Dina L. Santos
                                       DINA SANTOS, ESQ.
                                       Attorney for Victor Rios-Beltran

**ORDER**

    IT IS SO ORDERED, that the bond in the amount of $200,000, posted and secured by the deed of trust located at 515 E. Hall Avenue, Stockton, , is hereby exonerated, and that the Clerk of the District Court is directed as soon as practicable, to re-convey back the Trustor, the Deed of Trust.

    Dated:    May 5, 2026


                                       /s/ Daniel J. Calabretta
                                       HON. DANIEL J. CALABRETTA
                                       UNITED STATES DISTRICT JUDGE

Exonerate Bond                          2